UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 07-04576 (ESL) |
|---|---|
| MERIT LEASING CO., INC. | CHAPTER 7 |
| Debtor | |

**MOTION TO INFORM CONTINUED REPRESENTATION BY MANUEL A. SEGARRA AND TO REQUEST WITHDRAWAL AS COUNSEL BY ANDRES C. GORBEA DEL VALLE**

TO THE HONORABLE COURT:

The herein appearing attorneys, Manuel A. Segarra Vázquez and Andres Gorbea Del Valle, respectfully represent and pray:

1. The subscribing attorneys represent CREDITOR PRIDCO, in the captioned case.

2. Manuel A. Segarra is lead counsel and Mr. Andres C. Gorbea Del Valle has been assisting as an associate to Mr. Segarra in the prosecution of PRICO'S claim defense in the captioned matter.

3. Mr. Andres Gorbea concluded his employment as an associate of Manuel A. Segarra Vazquez on May 31, 2010.

4. In view of the aforesaid, subscribing counsel Andres Gorbea Del Valle, formally requests from this Court that he be allowed to withdraw as co-counsel for PRIDCO.

5. Therefore, as required by the applicable ethical rules, PRIDCO'S claim will continue to be prosecuted by its lead counsel Manuel A. Segarra Vazquez, Esq., who is acquainted with the status of the case.

6. In addition, reasonable steps have been taken to protect PRIDCO's interest as required by Rule 1.16(d) of the Model Rules of Professional Conduct.

7. Considering that Mr. Segarra has been lead counsel, the Court's calendar shall not be affected by Mr. Gorbea's withdrawal.

WHEREFORE, it is respectfully requested from this Court that the present Motion be granted and therefore that Mr. Gorbea Del Valle be allowed to withdraw as counsel for PRIDCO in this case, and; that an order be entered directing the Clerk of the Court to remove him as an attorney from the CM/ECF Master Address List and that no further notices be directed to Mr. Gorbea in this case.

*RESPECTFULLY SUBMITTED.*

In San Juan, Puerto Rico, this 11TH day of June, 2010.

CERTIFICATE OF SERVICES: I Herby certify that on this same date I electronically filed this MOTION with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants. This motion will also be sent to the following non CM/ECF participants: **Merit Leasing Co., Inc., PMB 538, PO Box 6022, Carolina, P.R. 00984.**

*MANUEL A. SEGARRA-VAZQUEZ LAW OFFICE*
Counsel for PRIDCO
PO Box 9021115
San Juan, Puerto Rico 00902-1115
Tel. (787) 273-2080/Fax. (787) 273-2082
masvlaw@onelinkpr.net

| *S/ MANUEL A. SEGARRA-VAZQUEZ* | *S/ ANDRES C. GORBEA DEL VALLE* |
|---|---|
| *USDC No. 204713* | *U.S.D.C. PR Bar No. 226313* |
| | PO Box 195191 |
| | San Juan PR 00919-5191 |
| | andres_gorbea@yahoo.com |