IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MERIT LEASING CO., INC.
Debtor

CASE NO. 07-04576 (ESL)

CHAPTER 7

**MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE COURT:

PUERTO RICO INDUSTRAIL DEVELOPMNET COMPANY, hereinafter PRIDCO, and the herein appearing attorney, MANUEL A. SEGARRA VÁZQUEZ, respectfully represent and pray:

1. The subscribing counsel is presently representing PRIDCO in the captioned case.

2. Counsel's contract with PRIDCO expired affective June 30, 2010.

3. In view of the aforesaid PRIDCO and the appearing attorney have agreed that the subscribing counsel will withdraw from the legal representation. Therefore, subscribing Counsel Manuel A. Segarra Vázquez formally requests from this Court that he be allowed to withdraw as such.

3. As required by the applicable ethical rules, the aforementioned party has been informed of the status of the case. In addition, reasonable steps have been taken to protect its interest as required by Rule 1.16(d) of the Model Rules of Professional Conduct.

WHEREFORE, it is respectfully requested from this Court that it allows the subscribing attorney's withdrawal as counsel and that an order be entered directing the Clerk of the Court to remove the undersigned attorney from the Master Address List and that no further notices be directed to Manuel A. Segarra Vázquez, Esq. **It is further requested that PRIDCO BE ALLOWED 60 DAYS to appoint new counsel and that any term**

**due to expire after June 30, 2010 be stalled until PRIDCO has had the opportunity to appoint counsel and appear.**

RESPECTFULLY SUBMITTED.

NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all the CM/ECF participants of the captioned case. In addition, this *Motion for Extension of Time* was also sent by mail to the following CM/ECF non-participants: **Merit Leasing Co., Inc.,** PMB 538, PO Box 6022, Carolina, P.R. 00984, and to **PRIDCO, Legal Affairs Office**, PO Box 362350, San Juan, PR 00936-2350.

In San Juan, Puerto Rico, this 24th of August, 2010.

*s/MANUEL A. SEGARRA VAZQUEZ*
*Manuel A. Segarra-Vázquez Law Office*
Counsel for PRIDCO
PO Box 9021115
San Juan, Puerto Rico, 00902-1115
Tel. (787)273-2080 / Fax (787)273-2082
Email: masvlaw@onelinkpr.net
0304-0900/10.08.24.Withdrawal/Litigio/Docs. 2010